IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 SEP -8 P 4: 32

| | |
|---|---|
| THOMAS O'NEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06 CV 811 - WKW |
| | ) |
| SHELIA DEVERAGE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL & SUBSTITUTION

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 2679 (d) (2), *Thomas G. O'Neal v. Shelia Deverage*, Case No.: SM 2006-000810 (Small Claims Court of Pike County, Alabama), is hereby removed to this Court, and the United States is substituted as party Defendant for Shelia Deveridge. In support of this notice, the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, respectfully states that:

1. Shelia Deveridge[1] is a Defendant in *Thomas G. O'Neal v. Shelia Deverage*, Case No.: CV 2006-000810 (Small Claims Court of Pike County, Alabama). The complaint alleges that Defendant Deveridge "did steal from the Plaintiff monies totaling six hundred and three dollars." Copies of all papers filed in the State Court are filed with this Notice as Exhibit 1, along with Special Addendum to Complaint.

---

[1] Plaintiff misspells Ms. Deveridge's name in the complaint as "Deverage."

2. Shelia Deveridge is a Claims Representative with the Social Security Administration (SSA) in the Montgomery Field Office. Plaintiff O'Neal was designated as representative payee for the Supplemental Security Income (SSI) benefits of Trasite Jackson.[2] At Ms. Jackson's request, SSA removed Plaintiff as representative payee and designated another person to act in this role. Subsequently, Ms. Jackson requested that Plaintiff be restored as representative payee, and SSA honored this request. Defendant Deveridge processed the paperwork to change Ms. Jackson's representative payee.

3. Pursuant to 28 U.S.C. § 2679 (d)(2), the United States Attorney for the Middle District of Alabama has certified that Defendant Deveridge was acting within the scope of her federal office or employment at the time of the incident out of which Plaintiff's claim arises. *See* 28 C.F.R. § 15.3 (2003) (delegating the Attorney General's certification authority to the United States Attorneys). A copy of the Attorney General's scope-of-employment certification is filed with this Notice as Exhibit 2.

4. Removal to this Court has occurred by operation of law based upon the Attorney General's scope-of-employment certification. 28 U.S.C. § 2679(d)(2). The Attorney General's certification conclusively establishes removal jurisdiction in this Court. 28 U.S.C.§ 2679(d)(2); *Gutierrez De Martinez v. Lamagno*, 515 U.S. 417, 431 (1995).

---

[2] Social Security designates a representative payee when a disabled person is unable to manage her own benefits.

5. Substitution of the United States as party Defendant for Shelia Deveridge has occurred by operation of law, and this action shall proceed as an action against the United States under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680. 28 U.S.C. § 2679 (d)(2).

WHEREFORE, pursuant to 28 U.S.C. § 2679 (d) (2), *Thomas G. O'Neal v. Shelia Deverage*, Case No.: SM 2006-000810 (Small Claims Court of Pike County, Alabama), has been removed to this Court, and the United States has been substituted as party Defendant for Shelia Deveridge.

Respectfully submitted this 8th day of September, 2006.

LEURA G. CANARY
United States Attorney

By: /s/ Stephen M. Doyle
STEPHEN M. DOYLE
Chief, Civil Division
Assistant United States Attorney
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
District of Columbia Bar No. 422474
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail: stephen.doyle@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Filing Removal upon Plaintiff, Thomas G. O'Neal, by mailing a copy of same, first class, postage prepaid, addressed to 4381 County Road 6600, Troy, Alabama 36081.

Dated this 8th day of September, 2006.

*/s/ Stephen M. Doyle*
Assistant United States Attorney

```
VS0350                    ALABAMA JUDICIAL DATA CENTER
                                  PIKE COUNTY
                                    SUMMONS                    SM 2006 000810.00
```

```
                IN THE DISTRICT COURT OF    PIKE        COUNTY
THOMAS G O'NEAL I, ESQ VS SHEILA DEVERAGE

     SERVE ON: (D001)
                                                  PLAINTIFF'S ATTORNEY
     SSN: 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

     DEVERAGE SHEILA
     C/O PIKE COUNTY COURTHOUS
     120 CHURCH STREET
     TROY          ,AL 36081-0000
```

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE COURT CLERK

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 14 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

(✓) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 08/09/2006                          CLERK:BRENDA M. PEACOCK
                                          PIKE CO COURTHOUSE
                                          TROY AL 36081
                                          (334)566-4622

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
    (RETURN RECEIPT HERETO ATTACHED)

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
    COMPLAINT TO _____
    IN _____ COUNTY, ALABAMA ON (DATE) _____

_____         _____
DATE                             SERVER SIGNATURE

_____         _____
SERVER ADDRESS                   TYPE OF PROCESS SERVER

OPERATOR: JOM
PREPARED: 08/09/2006

**DEFENDANT'S EXHIBIT**

CASE NO. _____

EXHIBIT NO.  1

| State of Alabama Unified Judicial System | STATEMENT OF CLAIM /7) OR (Complaint) General | Case Number SM 06-810 |
|---|---|---|
| Form SM-1 (front) Rev. 3/95 | | |

IN THE SMALL CLAIMS COURT OF _____PIKE_____, ALABAMA
(Name of County)

THOMAS G. O'NEAL, I, ESQ.                    v.        SHEILA DEVERAGE
_____Plaintiff_____                            _____Defendant_____

Plaintiff's
Home Address
4391 COUNTY ROAD 6600 / TROY, AL. 36081

Defendant's
Home Address
PIKE COUNTY COURTHOUSE # ROOM B-2 / BASEMENT
THURSDAY AND MONDAY FROM 9AM TILL 11AM AND
1:30PM TILL 2:30 PM.

Plaintiff's Attorney's
Address

Additional
Defendant(s)
and Addresses

### NOTICE TO EACH DEFENDANT - READ CAREFULLY

YOU ARE BEING SUED IN THE SMALL CLAIMS COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.

HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE CLERK AT THE ADDRESS SHOWN BELOW, SO THAT IT WILL GET TO THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU FOR THE MONEY OR PROPERTY DEMANDED IN THE FOLLOWING COMPLAINT. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT.

### COMPLAINT

1. I claim the defendant owes the plaintiff the sum of $ 1,205.00 because:
BE IT HEREBY BE KNOWN; AGAINST THE PEACE, TRANQUILITY AND DIGNITY OF THE STATE OF ALABAMA AND
THE DISTINGUISHED PLAINTIFF, THE FOLLOWING CHARGES, AND STATEMENTS, TO INCLUDE ACCUSATIONS ARE
HENCEFORTH CHARGED AND LEVIED ADVERSE TO THE DEFENDANT............... TO WITNESS;

SEE AFFIXED SPECIAL ADDENDUM...

2. Plaintiff also claims from the defendant court costs in the sum of $ 98.00 (see note below), plus $_____ for interest and $_____ for lawyers' fees (only if plaintiff is represented by a licensed, practicing attorney and if the contract or note you signed so provides.)

NOTE: The total amount of court costs may be more than this amount when the case is finally settled. The clerk will inform you of any additional costs at the close of the case.

CLERK'S ADDRESS:

PIKE CIRCUIT/DISTRICT CLERK
120 WEST CHURCH STREET
TROY, ALABAMA 36081
Clerk's Phone No. _____

(See instructions on the Back)

_Thomas G. O'Neal, I, Esq_
Plaintiff or Plaintiff's Attorney (Signature)

Attorney Code _____

334-565-8057
Plaintiff's or Plaintiff's Attorney's Phone Number

Date of Filing   8/9/06

## OFFICIAL AFFIXED SPECIAL ADDENDUM

THE DEFENDANT, WITH MALICE, SPECIFIC INTENT, CONSPIRITORIAL PLANNING WITH OTHERS, COVERT ILLEGAL PLANNING, FORETHOUGHT AND TOTAL DISREGARD FOR CRIMINAL AND CIVIL LAW, DID, BY COVERT FRAUDULANT MEANS, CONTRARY TO STATE AND FEDERAL LAW, DID STEAL, FROM THE PLAINTIFF, MONIES TOTALING SIX HUNDRED AND THREE DOLLARS AND NO CENTS, U.S. TYPE CURRENCY, FROM THE PLAINTIFF.

THE PLAINTIFF HAS ALSO REQUESTED THE ASSISTANCE FROM THE FEDERAL BUREAU OF INVESTIGATION AND THE U.S. ATTORNEY FOR THE MIDDLE DISTRICT.

## SPECIAL WARNING:

BE IT KNOWN BY THE COURT: THE PLAINTIFF HAS SPOKEN TO THE DEFENDANT ON SEVERAL OCCASIONS AT THE PIKE COUNTY COURTHOUSE REGARDING THESE AFOREDESCRIBED CRIMINAL ACTIONS. THE DEFENDANT STATED THAT HIGHTOWER AND THE OTHER DUMMY WHO PRESIDES OVER THE CIRCUIT COURT HAS NO AUTHORITY OVER ME AND IF THEY F_K WITH ME I'LL GIVE THEM SOMETHING THEY WILL REMEMBER FOR A LONG TIME. THE PLAINTIFF STATES THIS IS A CERTIFIED QUOTE FROM THE DEFENDANT AND IS READY TO TAKE A POLYGRAPH TEST ONLY IF THE DEFENDANT IS FORTHWITH INCARCERATED FOR A MINIMUM OF ONE YEAR. I PRAY THEE: LET IT BE WRITTEN, LET IT BE DONE...... AMEN......

***********************************************************************************
* QUI PRO DOMINA JUSTITIA SEQUITOR
***********************************************************************************
*

```
SO355                    ALABAMA JUDICIAL DATA CENTER
                              DEFENDANTS ANSWER
                                SMALL CLAIMS          CASE:SM 2006 000810.00 WGH

IN THE DISTRICT COURT OF     PIKE         COUNTY       DT FILED: 08/09/2006

THOMAS G O'NEAL I, ESQ VS SHEILA DEVERAGE

   DEVERAGE SHEILA
   C/O PIKE COUNTY COURTHOUS
   120 CHURCH STREET
   TROY, AL  36081-0000
                  SSN: 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   HOME PHONE:_____   WORK:_____
```

DEFENDANTS ANSWER TO THE COMPLAINT: PLEASE PRINT

NOTICE: IF YOU HAVE BEEN SUED IN A COUNTY IN WHICH YOU DO NOT LIVE AND IF THE SUIT AGAINST YOU IS NOT FOR SERVICES OR WORK AND LABOR PERFORMED IN THE COUNTY WHERE SUIT HAS BEEN FILED, YOU MAY REQUEST THAT IT BE TRANSFERRED TO YOUR HOME COUNTY. IF THIS APPLIES, COMPLETE "A" BELOW.

CHECK ONE:

A _____ I DO NOT LIVE IN THIS COUNTY, I WANT THIS CASE TRANSFERRED TO MY HOME COUNTY OF _____.

B _____ I ADMIT EVERYTHING IN THE STATEMENT OF CLAIM AND DO NOT WANT A TRIAL (THIS MEANS THAT YOU CONSENT TO A JUDGMENT FOR THE AMOUNT CLAIMED PLUS COURT COSTS.)

C _____ I ADMIT I OWE SOME MONEY, BUT NOT THE TOTAL AMOUNT CLAIMED BY THE PLAINTIFF(S). (IF THIS BLOCK IS CHECKED, THE CASE WILL BE SET FOR TRIAL. PLEASE NOTE THAT ANY MONEY PAID BY YOU ON THIS CLAIM AFTER THE SUIT WAS FILED MAY NOT BE REFLECTED ON THE STATEMENT OF CLAIM WHICH YOU RECEIVED. YOU SHOULD CONTACT THE PERSON WHO HAS SUED YOU OR HIS ATTORNEY TO DETERMINE THE PRESENT BALANCE WHICH IS CLAIMED.)

D ✓ I DENY THAT I AM RESPONSIBLE AT ALL. (EXPLAIN BELOW)

IF YOU CHECKED "C" OR "D", BRIEFLY EXPLAIN THE REASONS FOR YOUR ANSWER.

*I do not personally owe this person any money at all.*

NAME AND ADDRESS OF EMPLOYER                          BUSINESS PHONE
*Social Security Administration*                      *334-223-7013*
*2450 Presidents Dr*
*Montgomery AL 36116*

THIS ANSWER MUST BE SIGNED BY THE PERSON OR PERSONS WHO HAVE BEEN SUED OR THEIR ATTORNEY. AN ANSWER WHICH IS NOT SIGNED OR WHICH IS NOT SIGNED BY THE PROPER PERSON CANNOT BE CONSIDERED.

KEEP A COPY FOR YOUR FILES. MAIL ORIGINAL TO THE COURT ADDRESS BELOW.
MAIL A COPY TO THE PLAINTIFFS ATTORNEY AT THE ABOVE ADDRESS.

                        *Shelia Baker Deverly*
                        SIGNATURE OF DEFENDANT OR ATTORNEY
           ADDRESS:     *Social Security Administration*
                        *Montgomery Al*

   CLERK: BRENDA M. PEACOCK
          PIKE CO COURTHOUSE
          120 W CHURCH STREET
          TROY AL  36081
          (334)566-4622

PERATOR: JOM
REPARED: 08/09/2006

AVS0705

ALABAMA JUDICIAL DATA CENTER
PIKE    COUNTY
DOCKET NOTICE

SM 2006 000810.0)
WILLIAM G HIGHTOWER

IN THE DISTRICT COURT OF   PIKE    COUNTY

THOMAS G O'NEAL I, ESQ VS SHEILA DEVERAGE

DEVERAGE SHEILA
C/O PIKE COUNTY COURTHOUS
120 CHURCH STREET
TROY          ,AL  36081-0000

CASE NUMBER: SM 2006 000810 00
PARTY NUMBER: D001

CASE SET FOR: TRIAL - BENCH

ON: 09/12/2006
AT: 09:00 AM

THIS CASE HAS BEEN SET FOR A COURT APPEARANCE. PLEASE REPORT ON THE DATE AND TIME ABOVE TO:

PIKE COUNTY COURTHOUSE
P.O. BOX 948
TROY, AL  36081

DATE: 08/16/2006   CLERK: BRENDA M. PEACOCK
                   PIKE CO COURTHOUSE
                   TROY   AL  36081
                   (334)566-4622

OPERATOR: JOM
PREPARED: 08/16/2006

# BRENDA MEADOWS PEACOCK
CLERK, CIRCUIT COURT
120 WEST CHURCH STREET
PIKE COUNTY COURTHOUSE
TROY, ALABAMA 36081
334-566-5113

August 15, 2006

TO: Social Security Administation
    272-7630

Attn: Sheila Deverage

RE: Thomas G. O'Neal vs. Sheila Deverage
    SM-2006-810

FROM: Jo Ann Messick
      Pike County Clerk's Office

This is attachment you requested.

Have a good day.

Jo Ann

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2006 SEP -8 P 4: 36

| | |
|---|---|
| THOMAS O'NEAL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 2:06cv 811-WKW |
| SHELIA DEVERAGE, | ) |
| Defendant. | ) |

### CERTIFICATION OF SCOPE OF EMPLOYMENT

I, Leura G. Canary, United States Attorney for the Middle District of Alabama, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in me by 28 C.F.R. § 15.3, hereby certify that defendant, Shelia Deveridge[1], was acting within the scope of her federal office or employment as a Claims Representative with Social Security Administration at the time of the incident out of which this claim arises. I have been apprised of the facts giving rise to this action and make this certification on the basis of the information now available to me with respect to the incident referred to in the complaint.

Dated this 8th day of September, 2006.

/s/ Leura G. Canary
LEURA G. CANARY
United States Attorney
SJIS #GAR030

DEFENDANT'S EXHIBIT
CASE NO.
EXHIBIT NO. 32

---

[1] Plaintiff misspells Defendant Deveridge's name in the complaint as "Deverage."

SCANNED
