IN THE DISTRICT COURT OF
PIKE COUNTY, ALABAMA
SMALL CLAIMS DIVISION

RECEIVED
2006 SEP -8 P 4: 33

| | |
|---|---|
| THOMAS O'NEAL, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No.: 2006-00810 |
| SHELIA DEVERAGE, | ) ) ) ) |
| Defendant. | ) |

### NOTICE OF FILING REMOVAL

Ms. Brenda M. Peakcock
Clerk of the Court
120 West Church Street
Troy, AL 36081

PLEASE TAKE NOTICE that on this 8th day of September, 2006, the United States, on behalf of Defendant Shelia Deveridge[1], filed in the office of the Clerk of the United States District Court for the Middle District of Alabama a Notice of Removal and Substitution of the above-styled action to that Court. A copy of that Notice is hereby filed with this Court. This action has been removed to the United States District Court and, in accordance with 28 U.S.C. § 1446 (d), this honorable Court should proceed no further unless and until the case is remanded.

---

[1] Plaintiff misspells Defendant Deveridge's name in the Complaint as "Deverage."

Respectfully submitted this 8th day of September, 2006.

LEURA G. CANARY
United States Attorney

By: _____
STEPHEN M. DOYLE
Chief, Civil Division
Assistant United States Attorney
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
District of Columbia Bar No. 422474
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: stephen.doyle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Filing Removal upon Plaintiff, Thomas G. O'Neal, by mailing a copy of same, first class, postage prepaid, addressed to 4381 County Road 6600, Troy, Alabama 36081.

Dated this 8th day of September, 2006.

_____
Assistant United States Attorney