IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS G. O'NEAL,

    PLAINTIFF,

V.    CIVIL ACTION NO. 2:06CV811-WKW

SHEILA DEVERIDGE,

    DEFENDANT.

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

COMES NOW, THE PLAINTIFF OF THE ABOVE STYLED CAUSE, BY AND THROUGH HIMSELF, TO REQUEST THIS HONORABLE COURT TO GRANT AN EXTENSION OF TIME, TO ALLOW THE PLAINTIFF TO GIVE ANSWER TO THE GOVERNMENT'S "MOTION TO DISMISS", WHICH IS PRESENTLY BEFORE THIS COURT. THE PLAINTIFF SUBMITS GOOD CAUSE FOR THIS REQUEST:

I

THE PLAINTIFF HAS OBTAINED A NINTH GRADE EDUCATION AND WOULD BE DEEMED OR ADJUDICATED AS IGNORANT BY MOST MENTAL HEALTH STANDARDS PRESENTLY AVAILABLE. THE PLAINTIFF HAS NO INFORMAL NOR FORMAL TRAINING, EDUCATION OR EXPERIENCE RELEVANT TO THE STUDY OF LAW OR THE SCIENCE OF JURIS PRUDENCE.

II

THE PLAINTIFF MUST HUMBLY REQUEST THIS COURT TO ALLOW MORE LATITUDE AND LENIENCY IN RELATION TO HIS LACK OF KNOWLEDGE, SKILL, TRAINING AND EXPERIENCE INVOLVED IN THIS COMPLICATED ENDEAVER HE MUST PURSUE IN THE INTEREST OF JUSTICE AND DUE PROCESS OF LAW.

RESPECTFULLY SUBMITTED THIS THE 15TH DAY OF SEPTEMBER, 2006.

THOMAS G. O'NEAL

*Thomas G. O'Neal*

PLAINTIFF
4381 C.R. 6600
TROY, ALABAMA 36081

## CERTIFICATE OF SERVICE

I, BEING THOMAS G. O'NEAL, RESIDING AT 4381 COUNTY ROAD 6600, TROY, ALABAMA, 36081, HEREBY STATE AND FORTHWITH PROCLAIM THAT I HAVE MAILED A TRUE COPY OF THIS AFFIXED OR PACKAGED MOTION, LETTER, DOCUMENT OR OTHER, FIRST CLASS, PROPERLY ADDRESSED AND POSTAGE PREPAID, BY WAY OF THE UNITED STATES POSTAL SERVICE TO THE PERSON OR PERSONS DESCRIBED BELOW:

MR. STEPHEN M. DOYLE
ASSISTANT UNITED STATES ATTORNEY
POST OFFICE BOX 197
MONTGOMERY, ALABAMA 36101-0197

******************************************************************

THOMAS G. O'NEAL
*Thomas G. O'Neal*
PLAINTIFF/PRO SE
4381 COUNTY ROAD 6600
TROY, ALABAMA 36081

THIS BEING THE 15TH DAY OF September
IN THE YEAR OF OUR LORD 2006