IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS G. O'NEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-00811-WKW |
| | ) |
| SHEILA DEVERAGE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Susan R. Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this the 19th day of September, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE