IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS G. O'NEAL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv811-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

It is hereby ORDERED that the above-referenced case be set for a scheduling conference, on the record, on October 4, 2006 at 4:00 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 22nd day of September, 2006.

                                                /s/ Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE