IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS GARY O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-00811-WKW |
| | ) | [wo] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This action is presently before the court on Plaintiff's Motion to Dismiss (Doc. # 8). Since defendant has not yet answered or filed a motion for summary judgment, plaintiff is entitled to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(i), which permits voluntary dismissal by plaintiffs without further order of the court. Accordingly, it is ORDERED that the motion to dismiss is GRANTED, and this action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 29th day of September, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE